The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> KYARA ZEPEDA, <br> aka KYARA MONTERO, <br><br> Defendant. | NO. CR23-171-RSM-06 <br><br> ORDER TO SEAL |

The Court, having reviewed the record in this matter, finds a compelling reason to seal Exhibits A and B to the United States' Sentencing Memorandum, due to the sensitivity of the material contained therein.

Accordingly, the Court GRANTS the Unopposed Motion to Seal and orders Exhibits A and B to be sealed.

IT IS SO ORDERED.

DATED this 24th day of March, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Cindy Chang*
CINDY CHANG
Assistant United States Attorney

Order to Seal - 1
*United States v. Zepeda,* CR23-171-RSM-06

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970