JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR23-171RSM |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| KYARA ZEPEDA, | |
| Defendant. | |

The Court, having reviewed the record in this matter, finds a compelling reason to seal Exhibit 3 to the Defendant's Sentencing Memorandum, due to the sensitivity of the material contained therein.

Accordingly, the Court GRANTS the Unopposed Motion to Seal and orders Exhibit 3 to be sealed.

DATED this 24th day of March, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
s/*Michael Filipovic*
Michael Filipovic
Attorney for Kyara Zepeda